**DISMISS and Opinion Filed April 19, 2023**



In the
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01352-CV

**KENNETH JACKSON, Appellant**
**V.**
**TANYA JACKSON, Appellee**

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-21-12932**

## MEMORANDUM OPINION
Before Justices Molberg, Carlyle, and Smith
Opinion by Justice Carlyle

Appellant's brief in this case is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and for appellant's brief to be filed by March 25, 2023. By postcard dated March 28, 2023 we informed appellant his brief was overdue and directed him to file his brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R.

App. P. 38.8(a)(1). To date, appellant has not filed his brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 38.8 (a)(1); 42.3(b), (c).

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE

221352F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

KENNETH JACKSON, Appellant

No. 05-22-01352-CV     V.

TANYA JACKSON, Appellee

On Appeal from the 255th Judicial District Court, Dallas County, Texas Trial Court Cause No. DF-21-12932. Opinion delivered by Justice Carlyle. Justices Molberg and Smith participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered April 19, 2023